# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CUDMORE, BYRON G. | US COURTS CDIL | 03/13/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| FULL TIME MAGISTRATE JUDGE | ☐ Nomination  Date  ☐ Initial  ☐ Annual  ☑ Final  5b. ☐ Amended Report | 1/1/2013 to 2/7/2014 |

**7. Chambers or Office Address**

124 US COURTHOUSE
600 EAST MONROE
SPRINGFIELD
IL 62701

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CUDMORE, BYRON G. | 03/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CUDMORE, BYRON G. | 03/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. STATE OF IL HIGHER ED BONDS | | None | L | T | Sold | 08/01/13 | L | E | |
| 2. US SAVINGS BONDS | | None | L | T | | | | | |
| 3. OAKMARK MF | B | Dividend | L | T | | | | | |
| 4. 20TH CENT MF | B | Dividend | L | T | | | | | |
| 5. VANGUARD MF | C | Dividend | M | T | | | | | |
| 6. IL MUN RET FUND | | None | L | W | | | | | |
| 7. 401K PLAN HINSHAW | C | Dividend | K | T | | | | | |
| 8. MCD STOCK | B | Dividend | L | T | | | | | |
| 9. HARLEY DAV STOCK | A | Dividend | K | T | | | | | |
| 10. APPLE STK | B | Dividend | L | T | | | | | |
| 11. GOOGLE STK | A | Dividend | J | T | | | | | |
| 12. PENN GAMING STK | A | Dividend | J | T | | | | | |
| 13. MICROSOFT STK | A | Dividend | K | T | | | | | |
| 14. STREET TRACKS GOLD STK | A | Dividend | K | T | | | | | |
| 15. SIRI STK | A | Dividend | J | T | | | | | |
| 16. GE STK | A | Dividend | J | T | | | | | |
| 17. DOW CHENICAL STK | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. XLK ETF | A | Dividend | J | T | | | | | |
| 19. XLE ETF | A | Dividend | J | T | | | | | |
| 20. CHEVRON TEXACO STK | B | Dividend | K | T | | | | | |
| 21. WALMART STK | A | Dividend | K | T | | | | | |
| 22. BP AMOCO STK | A | Dividend | K | T | | | | | |
| 23. ADM STK | B | Dividend | K | T | | | | | |
| 24. EXXON MOBIL STK | B | Dividend | K | T | | | | | |
| 25. AMAZON STK | A | Dividend | K | T | | | | | |
| 26. APPLE STK | A | Dividend | K | T | | | | | |
| 27. PRICELINE STK | A | Dividend | K | T | | | | | |
| 28. CITIZENS, INC STK | A | Dividend | J | T | | | | | |
| 29. COLLEGE IL PRE-PAID TUITION | B | Interest | | | Sold | 08/01/13 | J | B | |
| 30. QQQQSTK | A | Dividend | J | T | | | | | |
| 31. YAHOO STK | A | Dividend | J | T | | | | | |
| 32. MCD STK | B | Dividend | K | T | | | | | |
| 33. COSTCO STK | A | Dividend | J | T | | | | | |
| 34. ORACLE STK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CUDMORE, BYRON G. | 03/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. J. DEERE STK | A | Dividend | J | T | | | | | |
| 36. FIDELITY 401K | C | Dividend | K | T | | | | | |
| 37. FORD STK | A | Dividend | J | T | | | | | |
| 38. CLNE STK | A | Dividend | J | T | | | | | |
| 39. COCA COLA STK | A | Dividend | J | T | | | | | |
| 40. LIBERTY MEDIA STK | A | Dividend | J | T | | | | | |
| 41. IBM STK | A | Dividend | J | T | | | | | |
| 42. TJX STK | A | Dividend | J | T | | | | | |
| 43. SLV ETF | A | Dividend | J | T | | | | | |
| 44. PHILLIP MORRIS STK | A | Dividend | J | T | | | | | |
| 45. CHICOS STK | A | Dividend | | | Sold | 05/09/13 | J | A | |
| 46. AMBEV STK | A | Dividend | J | T | | | | | |
| 47. VALERO STK | A | Dividend | J | T | | | | | |
| 48. CONOCO PHILLIPS STK | A | Dividend | J | T | | | | | |
| 49. SMITH AND WESSON HOLDING STK | A | Dividend | J | T | | | | | |
| 50. POTASH CORP STK | A | Dividend | J | T | | | | | |
| 51. KNIGHT CAPITAL | A | Dividend | | | Sold | 03/08/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. TOOTSIE ROLL CO STK | A | Dividend | | | Sold | 08/12/13 | J | A | |
| 53. CHENIERE ENERGY, INC STK | A | Dividend | J | T | | | | | |
| 54. LNKD STK | A | Dividend | J | T | Buy | 05/10/13 | J | | |
| 55. UUV STK | A | Dividend | J | T | Buy | 08/29/13 | J | | |
| 56. EOG STK | A | Dividend | J | T | Buy | 12/09/13 | J | | |
| 57. PSX STK | A | Dividend | J | T | Buy | 06/03/13 | J | | |
| 58. JCP STK | A | Dividend | J | T | Buy | 10/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CUDMORE, BYRON G. | 03/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

SECTIONVII LINE 4 20TH CENTURY MF INCLUDE ONE CHOICE AND GIFTRUST NOW CALLED ALL CAP GROWTH

LINE 5 VANGUARD MF INCLUDE INDEX 500 , TOTAL STOCK AND RETIREMENT 2045

LINE 36 FIDELITY MF INCLUDE SELECT ENERGY, CONTRAFUND, SELECT CANADA, SELECT GOLD,AND SELECT ENERGY SERVICES

| Name of Person Reporting | Date of Report |
|---|---|
| CUDMORE, BYRON G. | 03/13/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ BYRON G. CUDMORE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544